IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT McCONNELL, III,

    Plaintiff,

    v.

URBAN WILDLIFE CONTROL, INC.,

    Defendant.

CIVIL ACTION FILE

NO. 1:14-CV-1104-SCJ

## ORDER

This matter is before the Court on Defendant's third consent motion for an extension of time through August 13, 2014 for Defendant to Respond to Plaintiff's Complaint. Therein, Defendant advises the Court that a settlement has been reached, but the settlement obligations will not be completed until on or about August 6, 2014.

The parties' motion is hereby **GRANTED** [Doc. No. 7]. It is **FURTHER ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 16th day of July, 2014.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE